Hon. Ronald B. Leighton

06-CV-05286-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 21 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA PEMBERTON, as Chapter 7 bankruptcy trustee for MARK PATTERSON; VIVIAN MILES,

   Plaintiffs,

v.

AEGIS MORTGAGE CORP., d/b/a NEW AMERICA FINANCIAL, a foreign corporation; PRIMA FINANCIAL SERVICES, INC., a foreign corporation,

   Defendants.

NO. C06 5286 RBL

ORDER PERMITTING WITHDRAWAL OF ATTORNEY

Clerks Action Required

Matthew P. Bergman and David Frockt, counsel for the plaintiffs, having submitted their Motion to Withdraw as attorney of record for TANYA PEMBERTON, as Chapter 7 bankruptcy trustee for MARK PATTERSON; and VIVIAN MILES, Plaintiffs, and it appearing that all requirements of Local Rule GR 2(g)(4)(A) of the U.S. District Court, Western District of Washington, have been satisfied, the Motion is hereby **GRANTED**. The Clerk will please remove Mr. Bergman and Mr. Frockt only as Counsel of Record for plaintiffs.

ORDER PERMITTING WITHDRAWAL OF ATTORNEY - 1
c:\documents and settings\glennd\local settings\temporary internet files\content.outlook\bzyztw11\pemberton_order permitting withdrawal of attorney.doc

BERGMAN & FROCKT
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1 | DATED this 17th day of March 2008.

Ronald B. Leighton, Judge, U.S. District
Court for the Western District of Washington

4 | Prepared by:

5 | BERGMAN & FROCKT

DAVID S. FROCKT, WSBA#28568
GLENN S. DRAPER, WSBA#24419
Counsel for Plaintiffs

ORDER PERMITTING WITHDRAWAL OF ATTORNEY - 2
c:\documents and settings\glennd\local settings\temporary internet
files\content.outlook\bzyztw11\pemberton_order permitting withdrawal of attorney.doc

BERGMAN & FROCKT
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549